I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11·8·11

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY COVINGTON,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　Respondent. | Case No. EDCV 10-1799-AHM (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: November 3, 2011

　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE