I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-8-11

DEPUTY CLERK

JS6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY COVINGTON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　Respondent. | Case No. EDCV 10-1799-AHM (RNB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 3, 2011

　　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE