ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

JS6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-8-11

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY COVINGTON,<br><br>Petitioner,<br><br>vs.<br><br>GARY SWARTHOUT, Warden,<br><br>Respondent. | Case No. EDCV 10-1799-AHM (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 3, 2011

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE